E-FILED- 4/11/18

The Law Offices of Steven P. Scandura
 STEVEN P. SCANDURA, ESQ.  (SBN 153796)
1601 N. Sepulveda Bl., #730
Manhattan Beach, CA 90266
Tel: (310) 473-6300 Fax: (310) 626-9780
Email: sps401@gmail.com

Attorney for Plaintiff and Cross-Defendant,
HANGZHOU CHINA TEXTILE IMPORT
& EXPORT CO., LTD.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### Western Division - Los Angeles

| | |
|---|---|
| HANGZHOU CHINA TEXTILE IMPORT AND EXPORT CO., LTD., | CASE NO. **2:17-cv-00157-PSG-GJS** |
| Plaintiff, | **JUGMENT** ~~[PROPOSED]~~ |
| vs. | |
| PLAYHUT, INC., | |
| Defendant. | |
| PLAYHUT, INC., | |
| Counter-Claimant, | |
| vs. | |
| HANGZHOU CHINA TEXTILE IMPORT AND EXPORT CO., LTD., | Date:       April 9, 2018 |
| | Time:       1:30 p.m. |
| Counter-Defendant. | Courtroom: 6A |
| | Judge:       Hon. Philip S. Gutierrez |

## JUDGMENT

In accordance with Rule 56 of the Federal Rules of Civil Procedure, the Motion for Summary Judgment by plaintiff HANGZHOU CHINA TEXTILE IMPORT AND EXPORT CO., LTD., against defendant PLAYHUT, INC., came before the Court, the Honorable Philip S. Gutierrez, presiding.  The Court, having considered all of the evidence and arguments presented by the parties with regard to the Motion for Summary Judgment, the Memorandum of Points and

Authorities, Plaintiff's Statement of Uncontroverted Facts and Conclusions of Law, the Declarations of Yu Jia Jiang and Steven P. Scandura, the Exhibits thereto, and the other documents filed in support of the Motion for Summary Judgment, finds that no triable issue of material fact exists, grants the motion, and awards judgment as follows:

1.      Plaintiff HANGZHOU CHINA TEXTILE IMPORT AND EXPORT CO., LTD., shall recover from defendant PLAYHUT, INC., the principal amount of $1,713,017.02.

2.      Plaintiff HANGZHOU CHINA TEXTILE IMPORT AND EXPORT CO., LTD., shall recover pre-judgment interest from defendant PLAYHUT, INC., at a rate of 10% per annum, for the period from April 29, 2015, through April 4, 2018, in the amount of $502,641.43, and for the period from April 5, 2018 through April 9, 2018, in the amount of $2,346.60.  Plaintiff HANGZHOU CHINA TEXTILE IMPORT AND EXPORT CO., LTD., shall also recover its Los Angeles Superior Court filing fee in the amount of $435.

3.      Therefore, judgment is hereby awarded in favor of plaintiff HANGZHOU CHINA TEXTILE IMPORT AND EXPORT CO., LTD., against defendant PLAYHUT, INC., including pre-judgment interest and costs, in the total amount of **$2,218,440.05**.

IT IS SO ORDERED.

Dated: ___4/11/18_____

_____
The Honorable Philip S. Gutierrez
United States District Judge